No. 1605. BLACK *v.* SHERATON CORPORATION OF AMERICA ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 6935. HYLER ET AL. *v.* REYNOLDS METALS CO. ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this petition.

No. 281. SWANN ET AL. *v.* CHARLOTTE-MECKLENBURG BOARD OF EDUCATION ET AL., 402 U. S. 1;
No. 349. CHARLOTTE-MECKLENBURG BOARD OF EDUCATION ET AL. *v.* SWANN ET AL., 402 U. S. 1;
No. 1216. SID W. RICHARDSON FOUNDATION *v.* UNITED STATES, 401 U. S. 1009;
No. 1316. 2,606.84 ACRES OF LAND IN TARRANT COUNTY, TEXAS *v.* UNITED STATES, 402 U. S. 916;
No. 1380. MATHER CONSTRUCTION CO. ET AL. *v.* CONTINENTAL CASUALTY CO. ET AL., 402 U. S. 907;
No. 1390. PRUETT *v.* TEXAS, 402 U. S. 902;
No. 1439. ETHICON, INC. *v.* HANDGARDS, INC., ET AL., 402 U. S. 929;
No. 1443. CHAMBERS ET AL. *v.* UNITED STATES, 402 U. S. 944;
No. 6199. SPIELER *v.* UNITED STATES, 402 U. S. 950; and
No. 6688. GINSBURG *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, 402 U. S. 976. Petitions for rehearing denied.

No. 345. UNITED STATES *v.* FREED ET AL., 401 U. S. 601. Motion for leave to file petition for rehearing denied.